# United States Court of Appeals for the Fifth Circuit

---

No. 25-50304
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

March 12, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOHN MICHAEL JUAREZ,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CR-1819-3

---

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

John Michael Juarez appeals his sentence following the revocation of his supervised release. This court must examine the basis of its jurisdiction on its own motion if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir.1987). During the pendency of this appeal, Juarez completed the sentence imposed upon revocation of supervised release and was released

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50304

from custody.  Because no additional term of supervised release was imposed, the instant appeal is moot.  *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

Accordingly,  the appeal is DISMISSED as moot.